# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHERYL ANN AUTRY**                                                                 **PLAINTIFF**

**VS.**                                          **4:16-CV-00518-BRW**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration,**                                                  **DEFENDANT**

## ORDER

I have received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, I approve and adopt the RD in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of June, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE