# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHERYL ANN AUTRY**                                                       **PLAINTIFF**

**VS.**                                **4:16-CV-00518-BRW**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration,**                                **DEFENDANT**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of June, 2017.

                                       /s/ Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE